[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-13711

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 24, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00446-CV-F-S

DARRON MCGEE,

Plaintiff-Appellant,

versus

LUMBER GROUP, INC.,
CHARLES HARRIS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(May 24, 2006)**

Before HULL and WILSON, Circuit Judges and RICHARD W. GOLDBERG*,
Judge.

_____

*Honorable Richard W. Goldberg, Judge, U.S. Court of International Trade, sitting by
designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's grant of summary judgment in favor of defendant Lumber Group, Inc. on plaintiff Darron McGee's hostile work environment claims under 42 U.S.C. § 1981.

**AFFIRMED.**